NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2005-3380

DOMENIC L. AMATO,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

ON MOTION

Before SCHALL, GAJARSA, and LINN, <u>Circuit Judges</u>.

PER CURIAM

O R D E R

The Department of the Army moves without opposition to remand Domenic L. Amato's petition for review of a decision of the Merit Systems Protection Board.

Amato filed a complaint alleging that the Department discriminated against him based on his military service in violation of the Uniform Services Employment and Reemployment Rights Act (USERRA), 38 U.S.C. § 4301 (2000).  The Board held that Amato had not stated a claim upon which the Board could grant relief.  Accordingly, the Board dismissed the complaint without granting Amato's request for a hearing.  Amato appealed.

On March 7, 2007, we issued our decision in <u>Kirkendall v. Army</u>, 479 F.3d 830 (Fed. Cir. 2007) (en banc).  <u>Kirkendall</u> held in relevant part that USERRA requires that

"any veteran who requests a hearing shall receive one." Id. at 844. Because Amato was denied his requested hearing, we remand for further proceedings in light of Kirkendall.

Accordingly,

IT IS ORDERED THAT:

(1)     The motion is granted.

(2)     All sides shall bear their own costs.

FOR THE COURT

_____June 6, 2007_____                    /s/ Jan Horbaly_____
            Date                             Jan Horbaly
                                             Clerk

cc:     Domenic L. Amato
        Robert C. Bigler, Esq.

s19

ISSUED AS A MANDATE:     _____June 6, 2007_____

2005-3380                          2